No._____ **1:23-cv-1323-RP**

FILED

2023 OCT 31  AM 11: 29

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ CR _____

**United States District Court**
**Western District of Texas**
501 W 5th St STE 1100, Austin, TX 78701
**court rm____ honorable judge_____**

October 31, 2023

Plaintiff: Angela D Dowling, Angela D Perez Dowling

Defendant: Federal trades commission

## Complaint

In this complaint to report fraudulent activity being done to me for the past three years and endangerment to my Life and well-being.
Cc. All other parties Central Intelligence Agency
1. Office of Public Affairs
   Washington, D.C. 20505
2. 1 Bowling Green Unit 318
New York, NY 10004

3. Henry M. Jackson Federal Building, 915 2nd Ave, Seattle, WA 98174

4. FBI Headquarters
935 Pennsylvania Avenue, NW
Washington, D.C. 20535

5. Executive Office for United States Attorneys U.S. Department of Justice 950 Pennsylvania Avenue NW Room 2242. Washington, DC 20530-0001.

Plaintiff: Angela D Dowling, Angela D Perez Dowling

Plaintiff :Angela D Dowling, Angela D Perez Dowling

Angela D Perez Dowling' My birthday 12/14/1979 My address 11111 Grant Road. apt.1324 Cypress, Texas 77429 DlNJ62795 SS3808 Angela D Perez Dowling 12/14/1979. phone:979.288.8659/214.229.5424

Best of knowledge

Respectfully submitted,
*/s/ Angela Perez Dowling*